Shawna L. Parks (SBN 208301)
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd., Suite 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239
sparks@parks-law-office.com

Surisa E. Rivers (SBN 250868)
RIVERS LAW, INC., APC
2600 Foothill Blvd., Ste. 203
La Crescenta, California 91214
Tel: (818) 330-7012
Fax: (213) 402-6077
surisa@riverslawinc.com

Attorneys for Plaintiff

Michele M. Goldsmith (SBN 178222)
Matthew R. Hicks (SBN 191772)
BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, CA 90024-4101
Telephone   (310) 470-6110
Facsimile   (310) 474-0931

Attorneys for Defendant,
LOS ANGELES UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T., a minor, by and through her guardian ad litem, N.T.; and N.T., as an individual<br><br>Plaintiff,<br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, AND DOES 1-10 inclusive,<br><br>Defendants. | Case No.: CV 19-6693-GW-SKx<br><br>**PROTECTIVE ORDER – SPECIFIC TO IDENTITIES OF PERSONS WHO REPORTED TO THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES** |

**Protective Order**

On November 29, 2021, this Court ruled that Defendant Los Angeles Unified School District must disclose the identity of any school employees who made any of the reports to the Department of Children and Family Services at issue in this case. However, this Court also indicated that it would order such disclosure only after an appropriate protective order was in place in this action regarding these identities.

Therefore, this Court issues the following protective order:

1. The parties and their respective counsel, including employees of counsels' offices, will keep these names confidential, and will only use the identities of the parties as necessary for purposes of this litigation. These names are not to be disclosed by the parties to anyone outside of this litigation, including after the case is concluded.

2. The jury will be instructed at the beginning and end of trial that the identities of the reporting party(ies) are to be treated as confidential and are not to be disclosed outside of the courtroom, including after their service on the jury has concluded.

3. To the extent any documents are filed containing the name of the reporting party(ies) such documents will be filed with the names redacted, or under seal if the document is such that redaction is not practical.

4. If there are any individuals in the courtroom observing trial proceedings, the Court will make an announcement at the beginning of each session that the names of any reporting party(ies) identified during trial are confidential and may not be disclosed outside of the courtroom.

5. [Defendant's addition: In order to track who is in attendance each day of Court and therefore subject to the Protective Order, the Court will have a log in sheet each day for each attendee to sign, and which will attach this Protective Order.

6. A violation of this Protective Order will have the same force and effect as if it was a violation of any Court Order, including contempt of Court.]

IT IS SO ORDERED

DATED: December 2, 2021

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE