# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-6693-GW-FFMx | Date | September 1, 2022 |
|---|---|---|---|
| Title | *S.T. v. Los Angeles Unified School District, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on September 1, 2022. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by October 19, 2022. The Court now sets an order to show re: settlement hearing for October 20, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 19, 2022.

:

Initials of Preparer    JG