JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T., a minor, by and through her guardian ad litem, N.T.; and N.T., as an individual<br><br>Plaintiff,<br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, AND DOES 1-10 inclusive,<br><br>Defendants. | Case No.: CV 19-6693-GW-FFMx<br><br>**Order Dismissing Case with Prejudice Pursuant to Settlement**<br><br>Hon. George H. Wu. |

Pursuant to the Parties' notification to the Court of the settlement of this matter, and the Parties' stipulation pursuant to FRCP 41(a)(1)(A)(ii) requesting dismissal of the case, the Court hereby orders that this matter be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2022

_____
HON. GEORGE H. WU
U.S. District Judge